JUNE 14, 1982

No. 81–1953. STARVIEW DRIVE IN THEATRE, INC. *v.* COOK COUNTY, ILLINOIS, ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 81–1964. GORRELL *v.* FOWLER ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 81–6382. DAVIS *v.* MISSISSIPPI. Appeal from Sup. Ct. Miss. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 81–804. LOUISVILLE & JEFFERSON COUNTY TRANSIT AUTHORITY, DBA TRANSIT AUTHORITY OF RIVER CITY *v.* DIVISION 1447, AMALGAMATED TRANSIT UNION, AFL–CIO. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jackson Transit Authority* v. *Transit Union, ante,* p. 15.

No. 81–908. UNITED STATES *v.* SPIELER. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ross,* 456 U. S. 798 (1982).

No. 81–953. UNITED STATES *v.* CLEARY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ross,* 456 U. S. 798 (1982).